IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE A SUBPOENA ISSUED TO ▉▉▉▉▉▉▉▉▉▉▉▉▉ FOR INFORMATION ASSOCIATED WITH THE ACCOUNT ▉▉▉▉▉▉▉▉▉▉▉▉▉** | Case No. ~~18‑mcx‑1006~~ 18-mj-00025 <br><br> **FILED UNDER SEAL** |

## APPLICATION FOR ORDER COMMANDING PROVIDERS NOT TO NOTIFY ANY PERSONS OF THE EXISTENCE OF SUBPOENA

The United States requests that the Court order ▉▉▉▉▉▉▉▉▉▉ not to notify any person (including the subscriber or customer of the account listed in the attached subpoena) of the existence of the subpoena for a period of 365 days.

▉▉▉▉▉▉▉▉▉▉▉▉ is a provider of electronic communication services, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. §2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the attached subpoena, which required ▉▉▉▉▉▉▉▉▉▉ to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computer service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the attached subpoena relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the target to the ongoing investigation. Specifically, this subpoena was requested as part of an ongoing ▉▉▉▉▉▉▉▉ investigation. The United States and the investigative agency are concerned that if the subjects of this investigation learn of this subpoena, the e-mail account would be shut down and the messages deleted. Furthermore, there

is significant concern that knowledge of the existence of this subpoena would likely tip off the subjects to the fact that there is currently an ongoing investigation into their activity. Accordingly, there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing ▮▮▮▮▮ not to disclose the existence or content of the attached subpoena for 365 days, except that ▮▮▮▮▮ may disclose the attached subpoena for purposes of receiving legal advice.

The United States furthere requests that the Court order that this application and any resulting order be sealed for the same period of 365 days. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to any of the subjects of this investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted this 15th day of March, 2018.

    RICHARD W. MOORE
    UNITED STATES ATTORNEY
    by:

    By: */s/Christopher J. Bodnar*
    Christopher J. Bodnar
    Assistant United States Attorney
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602
    (251) 441–5845
    christopher.bodnar@usdoj.gov