AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: ▓▓▓▓▓▓▓▓▓▓
Custodian of Records    c/o Federal Agent

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: UNITED STATES DISTRICT COURT<br>113 St. Joseph Street<br>Mobile, Alabama 36602 | Date and Time:<br><br>03/28/2018 9:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
SEE ATTACHMENT.

Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice.

Note: The party who requested your attendance as a witness is responsible for the payment of your attendance fee, mileage and expenses of subsistence as provided by Title 28, Para. 1821, U. S. Code.

Date: 03/06/2018



CLERK OF COURT  **CHARLES R. DIARD, JR.**

*Maria Payne*
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Christopher Bodnar, Assistant U.S. Attorney
63 South Royal Street, Suite 600
Mobile, AL. 36602
Matter # 18R00035



Please provide any and all subscriber and/or account information, from inception to the present to the following accounts, including, but not limited to the following records and information:

(1) any and all names;

(2) any and all account, login and screen names;

(3) any and all addresses;

(4) any and all telephone numbers;

(5) any and all local and long distance connection records, or records of session times and durations;

(6) length of service (including start date) and type of service utilized;

(7) any and all telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network addresses; and

(8) the means and source of payment for such services (including any credit card or bank account number):

The point of contact is TFO John Turner, telephone number 251-415-3205. Please forward the above requested information to:

FBI
Attn: TFO John Turner
200 N Royal St
Mobile, Alabama 36602

SUBSCRIBER IS NOT TO BE NOTIFIED OF THIS REQUEST

**U.S. Department of Justice**

United States Attorney
Southern District of Alabama

---

63 S. Royal Street  Phone: (251) 441-5845
Suite 600           Fax:   (251) 441-5277
Mobile, Alabama 36602

March 6, 2018

To ▮▮▮▮▮▮▮▮

Re Grand Jury Subpoena dated: 3/6/18
Returnable: 3/28/18

Gentlemen:

    Pursuant to a criminal investigation of a suspected federal offense being conducted by the federal grand jury in the Southern District of Alabama it is requested that your institution furnish the documents and information required to be produced by the attached subpoena. You may comply with this subpoena by delivering the requested documents to the U.S. Attorney's Office or the investigative agent who will present the documents to the Grand Jury. It is your right, however, to personally appear before the Grand Jury on the return date of the subpoena, if you so desire.

    As you are aware, subpoenas issued in connection with proceedings before a grand jury are specifically excluded from the customer notification provision of the Financial Privacy Act (see 12 U.S.C. Section 3413(i)). This means that the law does not <u>require</u> that you notify your customer that his/her records have been subpoenaed.

    You are requested not to disclose the existence of this subpoena or the fact of your compliance to the customer. Any such disclosure could seriously impede the investigation being conducted. Although you are not legally bound to comply with this request, we are soliciting your assistance in this regard in order to aid in this investigation.

Yours very truly,

RICHARD W. MOORE
UNITED STATES ATTORNEY
By: /s/ *Christopher Bodnar*
Christoper Bodnar
Assistant U.S. Attorney

Enc.